**JUDGE: BURGESS**

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
|                                 ) | NO. CR05-5430FDB |
| Plaintiff,                      ) | |
|                                 ) | |
| vs.                             ) | |
|                                 ) | **ORDER GRANTING STIPULATED** |
|                                 ) | **MOTION TO CONTINUE TRIAL** |
| GARY GEORGE ELMS,               ) | |
|                                 ) | |
| Defendant.                      ) | |

THIS MATTER having come on duly and regularly before the court upon the stipulated motion of the defendant for an order continuing the trial date from August 15, 2005 to October 17, 2005; and the Court having reviewed the records and filed herein and being in all matters duly advised;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the trial date scheduled for August 15, 2005, is hereby continued to October 17, 2005.

//

//

//

//

The period of delay resulting from this continuance from August 15, 2005 up to and including the

Proposed Order to Continue Trial

1

JUDITH M. MANDEL
Attorney at Law
524 Tacoma Ave So
Tacoma, WA 98402
(253)272-5640

1  new trial date of October 17, 2005 is hereby excluded for speedy trial purposes under 18 U.S. C. §

2  3161(h)(8)(A) and (B) for the purpose of computing the time limitations imposed by the Speedy Trial

3  Act, 18 U.S.C. § 3161-3174.

5  DATED this 1st day of July 2005.

7   /s/ Franklin D Burgess
   JUDGE FRANKLIN D BURGESS
8  United States District Judge

9  Presented by:

12 s/Judith M. Mandel
   Judith M. Mandel, WSBA#8677
   Attorney for Defendant Elms
13 524 Tacoma Avenue So
   Tacoma, WA 98402
14 PH:  (253)272-5640
   Fax: (253)272-5642
15 judithmandel@callatg.com

17 Approved for entry by:

19 s/Gregory Gruber
   Gregory Gruber
   Assistant United States Attorney

Proposed Order to Continue Trial

JUDITH M. MANDEL
Attorney at Law
524 Tacoma Ave So
Tacoma, WA 98402
(253)272-5640

2